Eric D. Wilson, OSB #044556
ewilson@oregonemploymentlaw.com
Eric Wilson, P.C.
1 SW Columbia Street, Suite 1850
Portland, Oregon 97258
Phone: 503.880.9372
Fax: 503.208.8026

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KATELYN WOLFE, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>HANNAH'S LLC d/b/a HANNAH THE PET SOCIETY, an Oregon limited liability company,<br><br>  Defendant. | Case No. 3:19-cv-00329-MO<br><br>JOINT NOTICE OF DISMISSAL WITH PREJUDICE<br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action, through their undersigned counsel of record, hereby stipulate to the Dismissal with Prejudice of this matter, in its entirety, including all claims and counterclaims, with no award of costs, attorneys' fees, or disbursements to any party.

IT IS SO STIPULATED:

DATED this 1st day of November, 2019.

**ERIC WILSON, P.C.**

By: /s/ Eric D. Wilson
Eric D. Wilson, OSB #044556
ewilson@oregonemploymentlaw.com
Phone: 503.880.9372
Facsimile: 503.208.8026
*Attorney for Plaintiff*

DATED this 1st day of November, 2019.

**MARKOWITZ HERBOLD PC**

By: /s/ Nathan D. Burcham
Jeffrey M. Edelson, OSB #880407
Nathan D. Burcham, OSB #182509
Markowitz Herbold PC
1211 SW Fifth Ave., Suite 3000
Portland, Oregon 97204-3730
Phone: 503-295-3085
Fax: 503-323-9105
*Attorneys for Defendant*

I hereby certify that I served a true and correct copy of JOINT NOTICE OF DISMISSAL WITH PREJUDICE on:

Jeffrey M. Edelson
JeffEdelson@MarkowitzHerbold.com
Nathan d. Burcham
NathanBurcham@MarkowitzHerbold.com
Markowitz Herbold PC
1211 SW Fifth Ave., Suite 3000
Portland, Oregon 97204-3730
Phone: 503-295-3085
Fax: 503-323-9105

by the following indicated method or methods on the date set forth below:

☐ **E-mail.**
☒ **ECF/Electronic Service**
☐ **Facsimile communication device.**
☐ **First-class, postage prepaid.**
☐ **Hand-delivery.**
☐ **Overnight courier, delivery prepaid.**

DATED this 1st day of November, 2019.

**ERIC WILSON, P.C.**

By:  /s/ Eric D. Wilson
Eric D. Wilson, OSB #044556
ewilson@oregonemploymentlaw.com
Phone: 503.880.9372
Facsimile: 503.208.8026
*Attorney for Plaintiff*